[No. 23592-1-III. Division Three. April 18, 2006.]

HARRY J. PARRIS, *Individually, as Parent, as Personal Representative, and as Guardian, Appellants,* v. ABDULWAHAB AL-JAZAIRY, *Defendant,* THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-07367-5, Neal Q. Rielly, J., entered October 28, 2004. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Thompson, J. Pro Tem.

[No. 23865-2-III. Division Three. April 18, 2006.]

WILLIAM A. STUTZ ET AL., *Appellants,* v. THE PORT OF PASCO ET AL. *Respondents.*

Appeal from a judgment of the Superior Court for Franklin County, No. 04-2-50238-4, Dennis D. Yule, J., entered February 14, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kato, J.

[No. 24068-1-III. Division Three. April 18, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. TYSON EDWARD MARTEL, *Appellant.*

Appeal from a judgment of the Superior Court for Adams County, No. 04-1-00126-9, Richard W. Miller, J., entered March 24, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kato, J.